JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Rafael Arroyo, Jr.<br><br>Plaintiff,<br><br>v.<br><br>Sergio A. Banuelos et al<br><br>Defendant. | Case No. CV 19-05518-AB (MAAx)<br><br>ORDER DISMISSING CIVIL ACTION |

THE COURT having been advised by counsel that the above-entitled action has been settled;

IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within 60 **days,** to re-open the action if settlement is not consummated. This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated: January 22, 2020   _____

ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE

1.

2.